# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 26-222

**Case Name** Griffin v. Chen, et al.

**Counsel submitting this form** Jeffrey M. David, Bar No. 265503
Call & Jensen

**Represented party/parties** Appellant Elizabeth Chen (a/k/a Elizabeth Keily)

*Briefly describe the dispute that gave rise to this lawsuit.*

In September 2024, Plaintiff/Appellee Skye Griffin ("Plaintiff") filed suit against Defendant/Appellant Elizabeth Chen ("Defendant") and 50 unnamed DOE defendants, alleging they used sham Instagram accounts and phone numbers to stalk, harass, defame and threaten Plaintiff. The district court granted Plaintiff's ex parte request for alternative service of process, allowing Plaintiff to serve Defendant by using two email accounts that Plaintiff's counsel represented were used by Defendant. Thereafter, Plaintiff filed a Proof of Service indicating that Defendant was served and had actual notice of the action. Defendant adamantly denies the underlying claims and each and every allegation against her in the lawsuit and maintains she never received service or notice of the lawsuit and, in fact, did not have access to the email accounts or phone numbers apparently used for service of process.

Over a year later, on September 23, 2025, Default Judgment was entered against Defendant in the amount of $5,289,078. Shortly after Defendant learned of the lawsuit and default judgment against her, Defendant filed a Motion to Set Aside the Default Judgment.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

On December 10, 2025, the district court denied (in chambers) Defendant's motion to set aside the entry of default and default judgment against her. Plaintiff appeals that Order. The main issue on appeal will be whether the district court committed error in denying the motion to set aside the default and default judgment. Involved issues will include whether Plaintiff's service was reasonably calculated to provide notice to Defendant, whether Defendant was ever served, whether Defendant had knowledge of the lawsuit, whether Defendant raised a meritorious defense, whether Defendant engaged in culpable conduct, and whether any neglect on Defendant was excusable under the law.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** /s/ Jeffrey M. David   **Date** 1/20/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2